**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVARISTUS BENNIE MACKEY,<br><br>            Petitioner,<br><br>   v.<br><br>JEFFREY BUTLER, Warden,<br><br>            Respondent. | Case No. CV 15-2995 SJO (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE JUDGE** |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

\\

1 **IT IS ORDERED** that the First Amended Petition is denied and
2 Judgment shall be entered dismissing this action with prejudice
3 to the extent the First Amended Petition challenges Petitioner's
4 1992 state conviction and sentence, and without prejudice to the
5 extent it challenges Petitioner's 2001 federal conviction and
6 sentence in the Eastern District of Louisiana.

8 **IT IS FURTHER ORDERED** that the Clerk serve copies of this
9 Order and the Judgment herein on Petitioner at his current
10 address of record and on counsel for Respondent.

12 **LET JUDGMENT BE ENTERED ACCORDINGLY.**

14 DATED:   July 22,2016

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE