**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVARISTUS BENNIE MACKEY,<br><br>    Petitioner,<br><br>    v.<br><br>JEFFREY BUTLER, Warden,<br><br>    Respondent. | Case No. CV 15-2995 SJO (SS)<br><br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

\\
\\
\\
\\
\\
\\
\\
\\

1 \\

2    IT IS HEREBY ADJUDGED that the above-captioned action is
3 dismissed with prejudice to the extent the First Amended Petition
4 challenges Petitioner's 1992 state conviction and sentence, and
5 without prejudice to the extent it challenges Petitioner's 2001
6 federal conviction and sentence in the Eastern District of
7 Louisiana.

9 DATED: July 22, 2016

10 _____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

2